## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                      Case No.  06-cr-71-01/02-SM

Elaine Brown and
Edward Brown

## O R D E R

Defendants' motion to continue trial was granted  on September 26, 2006, at the final pretrial conference   (document no. 51).   Trial has been rescheduled for the January  2007 trial period.   The defendants shall file  waivers of speedy trial rights not later than October 6, 2006.   On the filing of such waiver, their continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant s the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  December 15, 2006 at 1:30 p.m.

**Jury Selection**:  January 9, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September  28,  2006

cc:   Elaine Brown, pro se
      Edward Brown, pro se
      William Morse, AUSA
      Jean Weld, AUSA
      US Probation
      US Marshal