UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                      06-cr-71-01-02-SM

<u>Elaine A. Brown and</u>
<u>Edward L. Brown</u>


                        <u>ORDER</u>

    Re: Document No. 61, Motion for the Court to Produce Law and Facts re: Order on [55] Motion to Dismiss

    Ruling: Granted.  Grand jury returns are made in open court in this district to either the Magistrate Judge or a District Judge, and a digital tape recording of the proceedings are kept. To the extent denial of the motion might be thought to include a finding of fact, the court finds that the defendants conclusory allegations are unfounded and unsupported.  The docket plainly states at entry 1: " SEALED INDICTMENT . . . Original document available in clerks office."  Defendants may review the original document, including the return, and, of course, may seek to listen to, or pay for a transcript of, the return proceeding.


                                      _____
                                      Steven J. McAuliffe
                                      Chief District Judge

Date:  November 3, 2006

cc:   Elaine A. Brown, pro se
      Edward L. Brown, pro se
      William E. Morse, AUSA