UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States

        v.                          06-cr-71-01/02-SM

Elaine Brown and
Edward Brown


ORDER

        Re: Document No. 65, Motion for Court Order for Return of
Personal Property


Ruling: Defendants seek return of all personal property taken by
federal agents, by which they seem to mean all firearms owned by
them that are now in the government's possession.  Again, the
government has not filed any response.  The motion, however, must
be decided on the merits, notwithstanding the government's failure.
As a condition of pretrial release defendants are required not to
possess any firearms, and to surrender  all firearms owned by them,
or in their possession.  Accordingly, the motion cannot be granted,
at least not without an amendment to the bail conditions previously
set by the Magistrate Judge, which is unlikely, or their choosing
to forego release on bail pending trial, in which case they would
perhaps regain legal, but certainly not physical, custody of the
surrendered firearms. Motion denied.




                                    _____
                                    Steven J. McAuliffe
                                    Chief District Judge

Date:  November 13, 2006

cc:  Elaine Brown, pro se
     Edward Brown, pro se
     William Morse, AUSA