UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

     v.                       06-cr-71-01-02-SM

<u>Elaine Brown</u>
<u>and Edward Brown</u>


                          <u>ORDER</u>

    Re: Document No. 72, Motion for Order to Suppress Evidence

    Ruling:  As the government has responded that it will not offer any evidence seized from the defendants or from defendants' home on or about May 24, 2006, the motion to suppress is obviously moot.  (Defendants may be confusing a motion to suppress evidence seized in violation of constitutional protections, that is, a motion seeking an order preventing the government from offering such unlawfully seized evidence against them during the criminal trial, on the one hand,  with a civil action for damages arising from such a seizure, on the other hand.)


                                            _____
                                            Steven J. McAuliffe
                                            Chief District Judge

Date:  December 1, 2006

cc:  William Morse, AUSA
     Elaine Brown, pro se
     Edward Brown, pro se