UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                    Case No. 06-cr-71-01-SM

<u>Elaine Brown and</u>
<u>Edward Brown</u>

ORDER

    Re: Document No. 90, Motion for Steven J. McAuliffe to Issue a Sworn Statement that he is not the Plaintiff or Compensated By the Plaintiff in this Case

    Ruling: Denied.  There is no "plaintiff."  This is a federal criminal prosecution, not a civil suit.  The Executive Branch of the government is charged, inter alia, with executing the laws enacted by the people, acting through their elected representatives in the Legislative Branch.  That function includes prosecuting alleged violations of the criminal laws of the United States. United States judges are constitutional officers who serve in the independent, co-equal Judicial Branch of the United States Government and, although "paid" by the government, they are guaranteed independence from the other Branches of the government by the constitutional provisions providing for life tenure, removal only by impeachment for cause, and protection from reduction of compensation while in office.

                                        _/s/ Steven J. McAuliffe_
                                        Steven J. McAuliffe
                                        Chief District Judge

Date:  January 8, 2007

cc:  William Morse, AUSA
     Elaine Brown, pro se
     Edward Brown, pro se