UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Government

    v.                           Criminal No. 06-cr-71-1,2-SM

<u>Elaine A. Brown and</u>
<u>Edward L. Brown</u>,
    Defendants

<u>**O R D E R**</u>

Documents mailed to the court by David E. Robinson, taken together, appear to constitute a pro se motion to intervene, in some capacity, in this federal tax crimes prosecution of Edward and Elaine Brown.

Robinson, a self-styled "advocate," wishes to specially appear "on his own behalf." The defendants plainly have not authorized Robinson to act as their legal counsel, or to otherwise act on their behalf with respect to this case (nor could they likely do so, given Robinson's apparent lack of qualifications).

The motion (styled as a petition for writ of error coram nobis) is denied as Robinson is unqualified to act as legal

counsel, is without authority, has no standing to intervene, and the motion is otherwise frivolous.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

February 15, 2007

cc:  David E. Robinson, <u>pro</u> <u>se</u>
     William E. Morse, Esq.
     Bjorn R. Lange, Esq.
     Elaine A. Brown, <u>pro</u> <u>se</u>
     Edward L. Brown, <u>pro</u> <u>se</u>
     U.S. Marshal
     U.S. Probation