UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States

    v.                      Case No. 06-cr-71-01/02-SM

Elaine Brown

ORDER

    Re: Document No. 211, Bill of Review for Injunction with this Court/Judge for the Stay of The Seizure of Property Pending Proof of Jurisdiction on the Record

    Ruling: The government points out that this motion was misfiled by the defendant, Elaine Brown, in her criminal case, which is closed. Given the apparent subject matter, the government suggests that the motion was intended to be filed (or at least is only properly filed) in In the Matter of the Tax Indebtedness of Elaine A. Brown , 07-MC-46-JM. As I agree with the government's assessment of the situation, and Dr. Brown is acting pro se, the clerk will refile the motion in 07-MC-46-JM, and forward a copy (ECF) to the AUSA representing the government in that case for an appropriate response. So Ordered.

                                            _____
                                            Steven J. McAuliffe
                                            Chief District Judge

Date:  December 4, 2007

cc:   Elaine Brown, pro se
      Robert Rabuck, AUSA
      George W. Vien, AUSA