## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

March 19, 2008

Federal Correctional Institution
Pembroke Station
Danbury, CT 06811
Attn: Elaine Alice Brown (#03924049)

Re: <u>United States v. Brown</u>, 06-cr-071-SM

Dear Mrs. Brown:

     I am writing in response to your letter dated February 29, 2008 and two letters dated March 10, 2008, which were addressed to the Honorable Chief Judge Steven J. McAuliffe. I am responding to your inquiry on behalf of Chief Judge McAuliffe because LR 77.6 prohibits direct correspondence with a presiding judge.

     In your letter of February 29 and in one of your March 10 letters, you again request Chief Judge McAuliffe "prove his jurisdiction to sign the Writs of Entry and the Final Order of Forfeiture." I have nothing further to add on this subject beyond what is stated in my letter to you dated February 22, 2008. Any further inquiry into the areas addressed by my letter of February 22 will be received without response.

     In your other March 10 letter, you apparently request copies of all 1099-OID forms sent by this office to the IRS in the above-captioned case. Without commenting on whether there are any circumstances under which this office would ever issue a 1099-OID, I can inform you that this office has sent no such document to the IRS.

Sincerely,

*(signature)*

Daniel J. Lynch
Chief Deputy Clerk

DJL/